UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINISTER TALIV ALI,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE STATE OF NEW YORK; PATRICIA A. WILLIAMS; SUSAN CALVELLO; RICHARD STOLL,<br><br>                    Defendants. | 21-CV-1145 (CM)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On September 15, 2008, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Ali v. The United States*, No. 08-CV-5752 (KMW) (S.D.N.Y. Sept. 15, 2008). Plaintiff brings this new action *pro se*, seeking IFP status, but he has not sought leave from the Court to file this action. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the September 15, 2008 order.[1]

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 10, 2021
         New York, New York

                                                      _____
                                                           COLLEEN McMAHON
                                                      Chief United States District Judge

---

[1] Moreover, in this action Plaintiff again challenges his 1994 conviction, and it therefore is not a departure from his prior pattern of vexatious litigation.