UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINISTER TALIV ALI,

                              Plaintiff,

                    -against-                                    21-CV-1145 (CM)

THE STATE OF NEW YORK; PATRICIA A.                   CIVIL JUDGMENT
WILLIAMS; SUSAN CALVELLO;
RICHARD STOLL,

                              Defendants.

Pursuant to the order issued February 10, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the September 15, 2008

order in *Ali v. The United States*, No. 08-CV-5752 (KMW) (S.D.N.Y. Sept. 15, 2008), the

complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 10, 2021
           New York, New York

                                    _____
                                          COLLEEN McMAHON
                                    Chief United States District Judge